Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-12673

Caption:

TRUMP MEDIA & TECHNOLOGY GROUP CORP.,

Plaintiff,

v.

WP COMPANY, LLC,
d/b/a The Washington Post,

Defendant.

District and Division: Middle District of Florida - Tampa Dvision
Name of Judge: Hon. Thomas P. Barber
Nature of Suit: Defamatiion

Date Complaint Filed: 07/10/2023
District Court Docket Number: 8:23-cv-1535-TPB-AAS

Date Notice of Appeal Filed: 07/29/2026
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ____
(b) Citation: ____
(c) Docket Number: ____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: ☑ Plaintiff ☐ Defendant ☐ Other (Specify) | Alejandro Brito, Esq.<br>Jalaine Garcia, Esq. | 2121 Ponce de Leon Blvd, Ste 650<br>Coral Gables, FL 33134 | Tel: 305-614-4071<br>Fax: 305-440-4385<br>abrito@britopllc.com<br>jgarcia@britopllc.com |
| For Appellee: ☐ Plaintiff ☑ Defendant ☐ Other (Specify) | Carol J. Locicero, Esq.<br>Linda Riedemann Norbut, Esq. | 601 South Blvd.<br>Tampa, FL 33606 | Tel: 813-984-3060<br>Fax 813-984-3070<br>clocicero@tlolawfirm.com<br>lnorbut@tlolawfirm.com<br>bbrennan@tlolawfirm.com |
| | Thomas G. Hentoff, Esq.<br>Nicholas G. Gamse, Esq. | 680 Maine Avenue S.W.<br>Washington, DC 20024 | Tel: 205-434-5000<br>Fax: 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<br>thentoff@wc.com<br>ngamse@wc.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ Approximately $2,000,000,000 |
| ☑ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ N/A |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Summary Judgment | Awarded: $ 0 to ____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: ☐ TRO ☐ Preliminary ☐ Permanent ☐ Granted ☐ Denied |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | |
| | | ☐ Injunction | |
| | | ☐ Other ____ | |

 11th Circuit Docket Number: 26-12673

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute New York Times Co. v. Sullivan; Anderson v. Liberty Lobby, Inc.; Moore v. Cecil
(b) Citation 376 U.S. 254 (1964); 477 U.S. 242 (1986); 174 F.4th 862 (11th Cir. 2026)
(c) Docket Number if unreported N/A

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

If Yes, provide
(a) Case Name Trump Media & Technology Group Corp. v. WP Company LLC d/b/a The Washington Post - cross-appeal by Defendant WP Company LLC
(b) Citation Unreported; District Court No. 8:23-cv-01535-TPB-AAS
(c) Docket Number if unreported Cross Appeal filed at Doc 263 (August 11, 2026) tied to Motion for Reconsideration filed at Doc. 262 (August 10, 2026)
(d) Court or Agency U.S. District Court for tthe Middle District of Florida (Cross Appeal to U.S. Court of Appeals for the Eleventh Circuit)

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

See attached.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 13 DAY OF August, 2026.

ALEJANDRO BRITO
NAME OF COUNSEL (Print)

/s/ Alejandro Brito
SIGNATURE OF COUNSEL

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| TRUMP MEDIA & TECHNOLOGY GROUP CORP.,<br><br>Appellant,<br>v.<br><br>WP COMPANY, LLC,<br>d/b/a The Washington Post,<br><br>Appellee | Case No. 26-12673 |

**CIVIL APPEAL STATEMENT ADDENDUM [RESPONSE TO ITEM 5]**

Issues proposed to be raised on appeal, including jurisdictional challenges:

1. Whether the district court erred in granting summary judgment to Defendant by resolving genuine disputes of material fact and drawing inferences against the non-movant, contrary to Federal Rule of Civil Procedure 56 and *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986).

2. Whether the district court erred at summary judgment by crediting the subjective, state-of-mind testimony of Defendant's interested witnesses, and by treating the sufficiency of the actual-malice evidence as a matter for the court's own resolution of disputed facts rather than applying the standard requiring that the record be viewed in the light most favorable to the non-movant.

3. Whether, on the record viewed most favorably to Plaintiff, a reasonable jury could find by clear and convincing evidence that Defendant published the challenged statements with actual malice, including on a theory of purposeful avoidance of the truth.

4. Whether the district court erred by evaluating Plaintiff's circumstantial evidence of actual malice item-by-item rather than cumulatively.

5. Whether the district court erred in relying on evidence subject to Plaintiff's unresolved objections under Federal Rule of Civil Procedure 56(c)(2) and the Federal Rules of Evidence.

6. Whether the district court erred to the extent it applied the intent-to-convey-the-defamatory-meaning element recognized for defamation-by-implication claims to Plaintiff's claims based on express statements of fact.

7. Whether *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964) requires constitutional immunity for the continued dissemination of a defamatory statement after the publisher has acquired actual knowledge that the statement is false.

8. Plaintiff preserves for further review its contention that the actual-malice standard of *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964), and its clear-and-convincing evidentiary requirement, as applied at summary judgment, warrant reconsideration by the Supreme Court.

Appellant further states that Defendant-Appellee WP Company LLC has filed a cross appeal (Doc. 263), directed to the order terminating its motion for discovery sanctions (Doc. 257) and to matters related to the Final Judgment, the effectiveness of which Defendant-Appellee states is contingent under Fed. R. App. P. 4(a)(4) on disposition of its pending motion for reconsideration (Doc. 262). The issues on cross appeal will be stated by the Cross-Appellant.


**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071